**Noel T. BENOIST, Plaintiff–Appellant,**

v.

**FAST DRAW PRODUCTIONS INC.; Tristar Productions Inc., Defendants–Appellees.**

No. 99–16025.

D.C. No. CV–97–166–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Noel T. Benoist appeals pro se the order of the district court dismissing his action pursuant to Fed.R.Civ.P. 41(b) for failure to comply with a prior order to proceed to contractual arbitration. Because the district court clearly intended its May 3, 1999 order to operate as a final adjudication, we have jurisdiction pursuant to 28 U.S.C. § 1291. *See Nevada v. Burford,* 918 F.2d 854, 855 (9th Cir.1990). We review for abuse of discretion, *see Al–Torki v. Kaempen,* 78 F.3d 1381, 1384 (9th Cir.1996), and

---

1. The panel unanimously finds this case suitable for decision without oral argument and denies Benoist's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

affirm for the reasons stated by the district court in its May 3, 1999 order.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.